UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07mj2403 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Tracy Ann Nelson (1) | ) | |
| Ricardo Gomez (2) | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Efrain Martinez-Casillas

DATED: 10/11/07

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by   J. JARABEK

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082