UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>vs.<br><br>Tracy Ann Nelson (1)<br>Ricardo Gomez (2)<br>            Defendant(s) | CRIMINAL NO. 07mj2403<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

*Leo S. Papas*

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Jesus Gamez - Aguado

DATED: 10/16/07

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM  5995

W. SAMUEL HAMRICK, JR.   Clerk

by

**J. JARABEK**
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                           ☆ U.S. GPO: 2003-581-774/70062