

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACEY ANN NELSON et al,<br><br>Defendant(s). | Case No.: 07 CR 2902 WQH<br><br>~~CONSENT~~ ORDER |

### ORDER

**GOOD CAUSE APPEARING** it is hereby ordered that the $750.00 cash deposit for the material witness bond on behalf of the material witness **JESUS GAMEZ AGUADO** be returned to the surety listed in the bonding documents, to wit: Arquimieds Leon, 19248 Western Blvd., Hayward, CA 94541.

Dated: December 13, 2007

_____
The Honorable Leo S. Papas
United States Magistrate Judge

DK per chambers