AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Ricardo Gomez (2)

**WARRANT FOR ARREST**

05211-298
9/17/89

FILED
08 APR 16 AM 9: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

CASE NUMBER: 07cr2902-WQH-2

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ricardo Gomez (2)___
                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE _4/7/08_
ARRESTED BY _Deputy Kirinton_
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _Maria_

RECEIVED
2001 NOV 30 P 4:08
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

In violation of Title ___See Above___ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| _M. Cruz_ (signature) | 11/30/07   San Diego, CA |
| Signature of Deputy — M. Cruz | Date and Location |
| Bail fixed at $ NO-BAIL | by The Honorable Leo S. Papas |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Kara Bressler  CLASS I 'B'  BOLLES        Due 12/7
X 6703