```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEVE MILLER
    Assistant U.S. Attorney
 3  California State Bar No. 138020
    United States Courthouse
 4  940 Front Street, Room 5152
    San Diego, California  92189-0150
 5  Telephone: (619) 557-5432
    email: steve.miller@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2902-WQH |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION TO |
| | ) | VACATE THE TRIAL DATE |
| v. | ) | |
| RICARDO GOMEZ (2), | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steve Miller, Assistant United States Attorney, and hereby files its motion to vacate the trial date.

I

STATEMENT OF FACTS

Defendant RICARDO GOMEZ is scheduled for trial on June 24, 2008, in case number 07cr2902-WQH. The Government moves this court to vacate the trial date in this case and calender the case for a status on September 2, 2008, for the following reasons:

//

//

1    Case number 07cr2902-WQH, is an information that was filed on
2 October 29, 2007, charging defendant with alien smuggling. In
3 anticipation of a fast-track disposition, defendant signed a
4 stipulation that agreed to release the material witnesses. The
5 stipulation also agreed that certain facts about the material
6 witnesses would be admissible as substantive evidence in the event
7 that defendant did not plead guilty. Prior to pleading guilty in case
8 number 07cr2902-WQH, defendant failed to appear.
9    After defendant became a fugitive, he was indicted in case number
10 07cr3271-WQH. Defendant was eventually captured and brought before
11 this court. This court scheduled trial in both 07cr2902-WQH and
12 07cr3271-WQH, on June 24, 2008. On June 6, 2008, defendant pleaded
13 guilty in case 07cr3271-WQH, before Magistrate Judge Brooks;
14 sentencing is scheduled for September 2, 2008.
15    It is anticipated by all parties that all the remaining counts,
16 including the count in the Information, will be dismissed at the time
17 of sentencing.
18    The Government requests this court to vacate the trial scheduled
19 for the Information in case number 07cr2902-WQH, and calendar the case
20 for status on the same day as the scheduled sentencing in case number
21 07cr3271-WQH. On that day, the Government intends to move this court
22 to dismiss the Information and the remaining count in the Indictment.
23 However, if some unforeseen event should occur such that the
24 disposition in case number 07cr3271-WQH does not occur, then the
25 stipulation that defendant signed in the original case will still be
26 viable for trial.
27 //
28 //

II

CONCLUSION

For the foregoing reasons, the Government respectfully requests that this court vacate the trial date in case number 07cr2902-WQH and continue it for status on September 2, 2008.

DATED:   June 13, 2008.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                  United States Attorney

                                  S/Steve Miller

                                  STEVE MILLER
                                  Assistant U.S. Attorney

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>         Plaintiff,            )<br>                               )<br> v.                            )<br>                               )<br> RICARDO GOMEZ (2),            )<br>                               )<br>         Defendant.            )<br>_____) | Criminal Case No. 07cr2902-WQH<br><br>CERTIFICATE OF SERVICE |

   IT IS HEREBY CERTIFIED THAT:

   I, Steve Miller, am a Citizen of the United States over the age of eighteen years and a resident of San Diego county, California. My business address is 880 Front Street, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the **GOVERNMENT'S MOTION TO VACATE THE TRIAL DATE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

1.  Donald Nunn

   I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case n/a the last known address, at which place there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on   June 13, 2008

                                        s/Steve Miller
                                        STEVE MILLER