FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2902-WQH |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER TO VACATE THE TRIAL DATE |
| v. ) | |
| RICARDO GOMEZ (2), ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the trial date of June 24, 2008 be vacated and calendar the case for a status on September 2, 2008.

SO ORDERED.

DATED: 6/17/08

_____
HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT

Presented by:

KAREN P. HEWITT
United States Attorney

s/Steve Miller
STEVE MILLER
Assistant U.S. Attorney