UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

RICARDO GOMEZ (2),

                Defendant.

CASE NO. 07cr2902-WQH-2

JUDGMENT OF DISMISSAL

FILED 2008 SEP -5 PM 2:25
FILED SEP 15 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of: <u>8 USC 1324(a)(1)(A)(ii) and (v)(II) TRANSPORTATION OF ILLEGAL ALIENS; AIDING AND ABETTING</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 2, 2008

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

I have executed within <u>Judgment of dismissal</u>
~~Judgement and Commitment~~ on 9/11/08

United States Marshal
By: _____
USMS Criminal Section

ENTERED ON 9/4/08